UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INSURANCE COMPANY OF NORTH AMERICA,

                         Plaintiff,

-v-

STACHNIK MARINA, LTD.,

                         Defendant.

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/09

No. 09 Civ. 6513 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    This action has been reassigned to my docket. Accordingly, the parties are hereby ORDERED to appear for a status conference before the undersigned on Friday October 23, 2009 at 4:00 p.m. in the United States District Court, 500 Pearl Street, New York, New York, Courtroom 21C.

    IT IS FURTHER ORDERED that, no later than October 16, 2009, the parties shall jointly submit a letter, not to exceed five (5) pages, providing, in separate paragraphs:

(1) A brief statement of the nature of the action and the principal defenses thereto;

(2) A brief description of all outstanding motions and/or outstanding requests to file motions other than the pending motion to dismiss;

(3) A list of all existing deadlines and any upcoming conferences that were previously scheduled;

(4) A brief description of any discovery remaining, specifying that which is necessary for the parties to engage in meaningful settlement negotiations;

(5) A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

(6) The estimated length of trial;

(7) Any other information the parties believe may assist this Court in resolving this action.

All letters submitted to the Court pursuant to this Order should be emailed directly to chambers at sullivannysdchambers@nysd.uscourts.gov, and not filed on the Court's ECF system. Please consult my Individual Rules with respect to communications with chambers and related matters.

SO ORDERED.

DATED:   New York, New York
         October 5, 2009

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE